UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRIAM ZAYAS,

        Plaintiff,

   v.

ADRIENNE MCCOY,

        Defendant.

Case No. C24-780 JNW

ORDER

    Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. *See, e.g.*, *Zayas v. McCoy*, C24-694-JNW; *Zayas v. McCoy, et al.*, C24-621-LK. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

    The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Jamal N. Whitehead.

ORDER - 1

1    Dated this 5th day of June, 2024.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2